## UNITED STATES DISTRICT COURT
### District of Maine

|  |  |  |
|---|---|---|
| DONALD and SHERRIE DEMMONS, | ) | Docket No. 2:16-cv-00360-JAW |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KNOX COUNTY, KNOX COUNTY | ) | |
| SHERIFF'S DEPARTMENT, DONNA | ) | |
| DENNISON, NATHANIEL JACK, and | ) | |
| JAMES MOORE, | ) | |
| Defendants | ) | |
| | ) | |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS KNOX COUNTY, KNOX COUNTY SHERIFF'S DEPARTMENT AND DONNA DENNISON

NOW COME Defendants Knox County, Knox County Sheriff's Department, and Donna Dennison, through counsel, and respond to the allegations contained in Plaintiffs' Complaint as follows:

### AFFIRMATIVE DEFENSES

1. Plaintiffs' Complaint fails to state a cause of action against these Defendants.

2. The Knox County Sheriff's Department is not an entity capable of suing or being sued.

3. To the extent that Defendant Dennison is sued in her individual capacity, she is entitled to qualified immunity.

4. To the extent that Defendant Dennison is sued in her individual capacity, she is entitled to discretionary function immunity under the Maine Tort Claims Act.

5. To the extent that Defendant Dennison is sued in her individual capacity, she is entitled to intentional act immunity under the Maine Tort Claims Act.

6.  These Defendants are generally immune under the Maine Tort Claims Act.

7.  Plaintiffs' Complaint fails to state a cause of action against these Defendants for punitive damages.

ANSWER

Introduction

1.  These Defendants deny the allegations contained in Paragraph 1 of Plaintiffs' Complaint.

Jurisdiction and Venue

2.  The allegations contained in Paragraph 2 of Plaintiffs' Complaint state a legal conclusion to which no response is required.

3.  The allegations contained in Paragraph 3 of Plaintiffs' Complaint state a legal conclusion to which no response is required.

Parties

4.  These Defendants admit the allegations contained in this paragraph of Plaintiffs' Complaint.

5.  These Defendants admit the allegations contained in this paragraph of Plaintiffs' Complaint.

6.  These Defendants admit the allegations contained in this paragraph of Plaintiffs' Complaint.

7.  The allegations contained in Paragraph 7 of Plaintiffs' Complaint state a legal conclusion to which no response is required.  To the extent that a response is required, these Defendants state that their legal obligations and duties are established by law and they admit so much as the law requires and no more.

2

8.   The allegations contained in Paragraph 8 of Plaintiff's Complaint do not require a response.

9.   Defendants admit the allegations contained in Paragraph 9 of Plaintiffs' Complaint but further and specifically aver that Sheriff Dennison's responsibility for training, supervision, and discipline are responsibilities only in her official capacity, and not her individual capacity.

10.   The allegations contained in the first sentence of Paragraph 10 state a legal conclusion to which no response is required.  To the extent a response is required, these Defendants admit so much as the law requires them to, and no more.  These Defendants admit that Sheriff Dennison is sued only in her official capacity.  These Defendants further admit that Sheriff Dennison's actions as alleged in the Complaint were taken under color of law.

11.   The allegations contained in Paragraph 11 of Plaintiffs' Complaint are directed to defendants other than those answering herein, and no response is therefore required of these Defendants.

12.   The allegations contained in Paragraph 12 of Plaintiffs' Complaint are directed to defendants other than those answering herein, and no response is therefore required of these Defendants.

<u>Statement of Facts</u>

13.   These Defendants admit the allegations contained in this paragraph of Plaintiffs' Complaint.

14.   These Defendants admit the allegations contained in this paragraph of Plaintiffs' Complaint.

3

15.   The allegations contained in Paragraph 15 of Plaintiffs' Complaint state a legal conclusion to which no response is required.   To the extent that a response is required, these Defendants deny the allegations contained therein as mis-stating the duties imposed by law.

16.   The allegations contained in Paragraph 16 of Plaintiffs' Complaint state a legal conclusion to which no response is required.   To the extent that a response is required, these Defendants deny the allegations contained therein as mis-stating the duties imposed by law.

17.   Upon information and belief, these Defendants admit the allegations contained in Paragraph 17 of Plaintiffs' Complaint.

18.   Upon information and belief, these Defendants admit the allegations contained in Paragraph 18 of Plaintiffs' Complaint.

19.   Upon information and belief, these Defendants admit the allegations contained in the first sentence of Paragraph 19 of Plaintiffs' Complaint.   Upon further information and belief, these Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in Paragraph 19 of Plaintiffs' Complaint and therefore deny same.

20.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

21.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

22.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

23.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

24.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

25.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

26.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

27.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

28.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

29. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

30. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

31. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

32. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

33. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

34. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

35. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

36.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

Count I
Violation of Constitutional Rights under 42 U.S.C. § 1983, et seq
Knox County Defendants and Dennison

37.  These Defendants repeat and reassert their responses to Paragraphs 1 through and including 36 of Plaintiffs' Complaint as if fully set forth herein.

38.  The allegations contained in Paragraph 38 of Plaintiffs' Complaint state a legal conclusion to which no response is required.  To the extent a response is required, these Defendants refer to and incorporate by reference any legal authority establishing their obligations and responsibilities.

39.  These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.

40.  These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.

41.  These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.

42.  These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.

43.  These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.

44.   These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

<u>Count II</u>
<u>Violation of Federal Constitutional Rights under 42 U.S.C. § 1983</u>
<u>Defendants Jack and Moore - Illegal Search and Seizure</u>

45.   These Defendants repeat and reassert their responses to Paragraphs 1 through and including 44 of Plaintiffs' Complaint as if fully set forth herein.

46.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

47.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

48.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

<u>Count III</u>
<u>Violation of Federal Constitutional Rights under 42 U.S.C. § 1983</u>
<u>Defendants Jack and Moore - False Arrest and False Imprisonment</u>

49.   These Defendants repeat and reassert their responses to Paragraphs 1 through and

8

including 48 of Plaintiffs' Complaint as if fully set forth herein.

50.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

51.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

52.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

53.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

54.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

55.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

<u>Count IV</u>
<u>Violation of Federal Constitutional Rights under 42 U.S.C. § 1983</u>
<u>Defendants Jack and Moore - Excessive Force</u>

56.   These Defendants repeat and reassert their responses to Paragraphs 1 through and including 55 of Plaintiffs' Complaint as if fully set forth herein.

57.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

58.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

59.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

60.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

61.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

10

<u>Count V</u>
<u>Violation of Federal Constitutional Rights under 42 U.S.C. § 1983</u>
<u>Defendant Moore - Failure to Supervise and Train</u>

62.   These Defendants repeat and reassert their responses to Paragraphs 1 through and including 61 of Plaintiffs' Complaint as if fully set forth herein.

63.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

64.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

65.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

66.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

67.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

<u>Count VI</u>
<u>Violation of Federal Constitutional Rights under 42 U.S.C. § 1983</u>
<u>Defendant Jack - Substantive Due Process Rights</u>

68.   These Defendants repeat and reassert their responses to Paragraphs 1 through and including 67 of Plaintiffs' Complaint as if fully set forth herein.

69.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

70.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

71.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

72.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

<u>Count VII</u>
<u>Violation of Federal Constitutional Rights under 42 U.S.C. § 1983</u>
<u>Defendants Jack and Moore - Conspiracy</u>

73.   These Defendants repeat and reassert their responses to Paragraphs 1 through and including 72 of Plaintiffs' Complaint as if fully set forth herein.

12

74.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

75.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

76.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

Count VIII
Federal Claims - Punitive Damages

77.   These Defendants repeat and reassert their responses to Paragraphs 1 through and including 76 of Plaintiffs' Complaint as if fully set forth herein.

78.   These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint..   These Defendants further and specifically assert that the law does not allow recovery of punitive damages as against them.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

<u>Count IX</u>
<u>Violation of State Constitutional Rights under 5 M.R.S. § 4681, et seq</u>
<u>Knox County Defendants and Sheriff Dennison</u>

79.   These Defendants repeat and reassert their responses to Paragraphs 1 through and including 78 of Plaintiffs' Complaint as if fully set forth herein.

80.   These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.  These Defendants further and specifically assert that the law does not allow recovery of punitive damages as against them.

81.   These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.

82.   These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.

83.   These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.

84.   These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.

85.   These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.

86.   These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

14

<u>Count X</u>
<u>Violation of State Constitutional Rights under 5 M.R.S. § 4681, et seq</u>
<u>Defendants Jack and  Moore - Illegal Search and Seizure</u>

87.   These Defendants repeat and reassert their responses to Paragraphs 1 through and including 86 of Plaintiffs' Complaint as if fully set forth herein.

88.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

89.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

90.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

<u>Count XI</u>
<u>Violation of State Constitutional Rights under 5 M.R.S. § 4681 et seq</u>
<u>Defendants Jack and Moore - False Arrest and False Imprisonment</u>

91.   These Defendants repeat and reassert their responses to Paragraphs 1 through and including 90 of Plaintiffs' Complaint as if fully set forth herein.

92.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

93.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

94.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

95.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

96.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

97.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

<u>Count XII</u>
<u>Violation of Federal Constitutional Rights under 5 M.R.S. § 4681 et seq</u>
<u>Defendants Jack and Moore - Excessive Force</u>

98.  These Defendants repeat and reassert their responses to Paragraphs 1 through and including 97 of Plaintiffs' Complaint as if fully set forth herein.

16

99. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

100. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

101. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

102. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

103. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

Count XIII
Violation of State Constitutional Rights under 5 M.R.S. § 4681 et seq
Defendant Jack - Substantive Due Process Rights

104. These Defendants repeat and reassert their responses to Paragraphs 1 through and including 103 of Plaintiffs' Complaint as if fully set forth herein.

105.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

106.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

107.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

108.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

<u>Count XIV</u>
<u>Violation of State Constitutional Rights under 5 M.R.S. § 4681 et seq</u>
<u>Defendants Jack and Moore - Conspiracy</u>

109.  These Defendants repeat and reassert their responses to Paragraphs 1 through and including 108 of Plaintiffs' Complaint as if fully set forth herein.

110.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

18

111.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

112.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

113.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

<u>Count XV</u>
<u>Violation of State Constitutional Rights under 5 M.R.S. § 4681 et seq</u>
<u>Defendant Moore - Failure to Supervise and Train</u>

114.  These Defendants repeat and reassert their responses to Paragraphs 1 through and including 113 of Plaintiffs' Complaint as if fully set forth herein.

115.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

116.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

117.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

118.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

119.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

120.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

## Count XVI
## Maine Tort Claims Act - Negligence

121. These Defendants repeat and reassert their responses to Paragraphs 1 through and including 120 of Plaintiffs' Complaint as if fully set forth herein.

122.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

123.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

124.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

Count XVII
Punitive Damages - State Law Claims

125.  These Defendants repeat and reassert their responses to Paragraphs 1 through and including 124 of Plaintiffs' Complaint as if fully set forth herein.

126.  These Defendants deny the allegations contained in this paragraph of Plaintiffs' Complaint.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiffs on Plaintiffs' Complaint, plus attorneys fees, interest, and costs.

Dated: September 9, 2016                          /s/ Peter T. Marchesi
                                                  Peter T. Marchesi, Esq.


                                                   /s/ Cassandra S. Shaffer
                                                  Cassandra S. Shaffer, Esq.

                                                  Attorneys for Defendants Knox County, Knox County Sheriff's Department, and Donna Dennison
                                                  Wheeler & Arey, P.A.
                                                  27 Temple Street, P.O. Box 376
                                                  Waterville, ME 04903-0376

# UNITED STATES DISTRICT COURT
## District of Maine

|  |  |  |
|---|---|---|
| DONALD and SHERRIE DEMMONS, | ) | Docket No. 2:16-cv-00360-JAW |
| Plaintiffs | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| KNOX COUNTY, KNOX COUNTY | ) |  |
| SHERIFF'S DEPARTMENT, DONNA | ) |  |
| DENNISON, NATHANIEL JACK, and | ) |  |
| JAMES MOORE, | ) |  |
| Defendants | ) |  |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, Peter T. Marchesi, Esq., attorney for Defendants Knox County, Knox County Sheriff's Office, and Donna Dennison hereby certify that:

- Answer and Affirmative Defenses of Defendants Knox County, Knox County Sheriff's Department, and Donna Dennison

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Scott F. Hess, Esq.          *scott@hesslawme.com*

Dated: September 9, 2016          /s/ Peter T. Marchesi
                                  Peter T. Marchesi, Esq.
                                  Attorney for Knox County Defendants
                                  Wheeler & Arey, P.A.
                                  27 Temple Street, P.O. Box 376
                                  Waterville, ME  04903-0376